**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **APEXCO PPSI, LLC, et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **WILLEM DE HERDT**, <br><br> Defendants. | **CIVIL ACTION** <br><br><br> **NO. 19-5989-KSM** |

## ORDER

**AND NOW**, this 27th day of April, 2021, upon consideration of Defendants' Motion to Dismiss (Doc. No. 4) and the parties' subsequent briefing and oral arguments, and for the reasons stated in the accompanying memorandum, it is **ORDERED** as follows:

1.      The Motion is **GRANTED**, and this matter is **DISMISSED without prejudice**.

2.      The Clerk of Court shall mark this matter as closed.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.